# Third District Court of Appeal

## State of Florida

Opinion filed December 19, 2018.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-2187
Lower Tribunal No. 98-43488
_____

**Albert T. Owens,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction - Mandamus.

Albert T. Owens, in proper person.

Pamela Jo Bondi, Attorney General, for respondent.

Before LAGOA, FERNANDEZ and LUCK, JJ.

PER CURIAM.

ON ORDER TO SHOW CAUSE

On November 13, 2018, this court issued an opinion denying Albert T.

Owens' petition for a writ of mandamus to the trial court in case number F98-

43488. Our opinion included an order directing Owens to show cause why he should not be prohibited from further pro se filings related to Eleventh Judicial Circuit court case number F98-43488.[1] On November 26, 2018, Owens filed his response to the order to show cause. We've considered Owens' response and conclude that he has failed to show sufficient good cause supporting his request to continue to file pro se appeals, petitions, motions or other pleadings in case number F98-43488. See State v. Spencer, 751 So. 2d 47 (Fla. 1999) and Concepcion v. State, 944 So. 2d 1069 (Fla. 3d DCA 2006).

We direct the Clerk of the Third District Court of Appeal to refuse to accept any such papers relating to the specified circuit court case number unless they have been reviewed and signed by an attorney who is a duly licensed member of The Florida Bar in good standing. See Whipple v. State, 112 So. 3d 540 (Fla. 3d DCA 2013).

Additionally, any such further and unauthorized pro se filings by Owens may subject him to appropriate sanctions, including the issuance of written

---

[1] Including the underlying Petition, Owens has filed at least fourteen unsuccessful appeals and/or petitions with this Court, stemming from his 2004 conviction and sentence for second degree murder, grand theft, and second degree arson. All claims have been reviewed and deemed meritless. See 3D02-3239; 3D05-1394; 3D05-2243; 3D07-2637; 3D09-2980; 3D11-1484; 3D12-1372; 3D13-1032; 3D13-2070; 3D14-0356; 3D14-1321; 3D14-2724; 3D17-2786; and 3D18-2187.

findings forwarded to the Department of Corrections for its consideration of disciplinary action and forfeiture of gain time. <u>See</u> § 944.279(1), Fla. Stat. (2017).